UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS RAFAEL RAMON-PASATO,<br><br>Defendant. | Case No.: EP-24-MJ-00107-MAT |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss, without prejudice, the Felony Complaint against Defendant **CARLOS RAFAEL RAMON-PASATO.**

Dated: January 17, 2024

1

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: *Patricia Aguayo*
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 17th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

Sergio Garcia. Assistant Federal Public Defender
Attorney for Defendant

*Patricia Aguayo*
PATRICIA AGUAYO
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| **Plaintiff,** § § | |
| v. § | Case No.: EP-24-MJ-00107-MAT |
| § § | |
| **CARLOS RAFAEL RAMON-PASATO,** § § | |
| **Defendant.** § § | |

## ORDER GRANTING MOTION TO DISMISS COMPLAINT

On this date came to be considered the Government's Motion to Dismiss the Felony Complaint, without prejudice, in the above-captioned case.

After considering the Government's Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Felony Complaint (ECF No. 1) filed on or about January 09, 2024, against Defendant **CARLOS RAFAEL RAMON-PASATO**, shall be, and hereby is, dismissed without prejudice.

SIGNED this _____ day of _____, 2024.

_____
HON. MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE